**FILED**
JAN 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIC RODNEY HILL,                :
                                 :
        Petitioner,              :
                                 :
    v.                           :   Civil Action No.   **08 0091**
                                 :
BRIAN R. JETT,                   :
                                 :
        Respondent.              :

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the petition for a writ of habeas corpus is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: January 7, 2008