U.S.D.C. for the District of Columbia          Jan-21-08
Civil No. 08-0091, Judge John D. Bates

Petitioner. Eric Rodney Hill - 17477-016
  vs.
Respondent. Brian R. Jett, et. al.

This case is about constitutional issues and the petitioner is challenging his custody-imprisonment and D.C. Code 23-110 does not handle constitutional issues, D.C. Superior Court violated the petitioners constitutional rights.

Also its most unfortunate for Eric R. Hill that the court is trying to find small technicalities to ignore the overwhelming physical evidence, the physical facts that the petitioners imprisonment is in violation of the U.S. constitution, laws or treaties of the United States.

Federal Judge J. Frederick Motz agreed with the petitioner that the case has strong merits and strong constitutional merits, thats why Judge Frederick Motz did not dismiss the petition he transferred the case to U.S.D.C. for D.C., Document in.

Relief. Please allow the petition to go forward.

*To Judge John O. Bates*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC RODNEY HILL,<br>Petitioner | *<br>*<br>* |
| V. | *   CIVIL ACTION NO. JFM-07-2110<br>* |
| RICK V. VEACH, et al.,<br>Respondents | *<br>* |

\*\*\*\*\*\*\*\*\*

### ORDER

For the reasons set out in the foregoing Memorandum, it is this 28th day of September 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk IS DIRECTED to transfer this case forthwith to the United States District Court for the District of Columbia, 333 constitution Avenue, N.W., Washington, D.C. 20001; and

2. The Clerk MAIL a copy of this Order and the foregoing Memorandum to petitioner.

/s/
J. Frederick Motz
United States District Judge

---

*Judge Motz agreed with Eric Hill that the case has strong merits and constitutional issues, also the Petitioner has presented overwhelming physical facts that his custody-imprisonment is in violation of the United States constitution. Thats why Judge Frederick Motz did not dismiss the petition.*

3

Please stamp with Received and Return to the sender.

U.S.D.C. for the district of columbia   thankyou   Jan-21-08
Civil no. 08-0091, Judge John D. Bates

Petitioner. Eric Rodney Hill - 17477-016
   vs.
Respondent. Brian R. Jett, et. al.

This case is about constitutional issues, and the petitioner is challenging his custody-imprisonment and D.C. code 23-110 does not handle constitutional issues.

D.C. Superior Court violated the petitioners constitutional Rights.

Also its most unfortunate for Eric Hill that the court is trying to find small technicalities to ignore the overwhelming physical evidence, the physical facts that the petitioners imprisonment is in violation of the U.S. constitution, laws or treaties of the United States.

Federal Judge J. Frederick Motz agreed with the petitioner that the case has strong merits and strong constitutional merits, thats why Judge Motz did not dismiss the petition he transfered the case to Washington U.S.D.C..

Document included. Relief allow the petition to go forward.